IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF/RESPONDENT

v.                       Case Nos. 3:11-CR-30009; 3:14-CV-03046

DAVID BYRON THOMPSON                                                      DEFENDANT/PETITIONER

## O R D E R

      The Court has received the report and recommendation (Doc. 41) of United States Magistrate Judge Mark E. Ford addressing David Byron Thompson's motion to vacate (Doc. 34). The deadline for filing objections has passed, and no objections have been filed.

      Having reviewed the record, the Court finds the Magistrate's reasoning to be sound. The Court therefore ADOPTS the findings and recommendations of the Magistrate in full.

      Accordingly, for the reasons stated in the Magistrate's report and recommendation, IT IS ORDERED that Mr. Thompson's motion (Doc. 34) is DENIED and the companion civil case is DISMISSED WITH PREJUDICE.

      IT IS SO ORDERED this 18th day of February, 2015.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE